## THIRD DISTRICT.

George Fisher, administrator of the estate of Blanch Hopson Fisher, deceased, appellant, v. Russell Wittler, appellee. Gen. No. 8,936.

Opinion filed November 16, 1935. Rehearing granted January 7, 1936. (See 285 Ill. App. 261.)

Wilson & Schmiedeskamp, for appellant. Lancaster & Nichols, for appellee.

Per curiam.

Mary Coultis, appellee, v. Illinois Terminal Company, appellant. Gen. No. 8,938.

Opinion filed April 17, 1936. Rehearing denied May 27, 1936.

Frank K. Lemon, Wirt Herrick and E. Bentley Hamilton, for appellant. Louis O. Williams and Emerson M. Williams, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Arthur Burton, appellee, v. W. A. Doss, appellant. Gen. No. 8,943.

Opinion filed April 17, 1936.

W. A. Doss and B. E. Morgan, for appellant. N. E. Hutson, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Frank P. Weindorf, appellee, v. B. H. Keck, appellant. Gen. No. 8,961.

Opinion filed April 17, 1936.

C. Everett Smith and C. Marvin Hamilton, for appellant. Edwin C. Mills and Russell, Murphy, Curran & Pearson, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.